**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 96-2719**

————————————

In Re: PIERRE JOLIGARD, a/k/a Georges Pierre
Joligard,

                                                        Debtor.

_____


WILLIAM E. FINDLER; CHRISTINA M. JOLIGARD,

                                        Plaintiffs - Appellees,

        versus


PIERRE JOLIGARD, a/k/a Georges Pierre Joligard,

                                        Defendant - Appellant.


————————————

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria.  Leonie M. Brinkema, District
Judge. (CA-96-1281, BK-95-13940, AP-95-1484, AP-95-1506)

————————————

Submitted:  July 24, 1997            Decided:  July 31, 1997

————————————

Before HAMILTON, LUTTIG, and MOTZ, Circuit Judges.

————————————

Affirmed by unpublished per curiam opinion.

————————————

Pierre Joligard, Appellant Pro Se.  William E. Findler, Christina
M. Joligard, Appellees.

————————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order affirming the bankruptcy court's determination that amounts due to Appellant's ex-wife and the guardian ad litem appointed to represent their child's interests were not dischargeable in bankruptcy. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Findler v. Joligard</u>, Nos. CA-96-1281, BK-95-13940, AP-95-1484, AP-95-1506 (E.D. Va. Nov. 12, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>